```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/16/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
                                                                      :
REBECCA CASTILLO,                                                     :
                                                                      :
                        Plaintiff,                                    :      18-CV-6383 (JMF)
                                                                      :
        -v-                                                           :      MEDIATION REFERRAL
                                                                      :              ORDER
YNAP CORPORATION, d/b/a KARL LAGERFELD, a                             :
Delaware Corporation,                                                 :
                                                                      :
                        Defendant.                                    :
                                                                      :
----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      It is hereby ORDERED that this case is referred for mediation to the Court-annexed Mediation Program.  The parties are hereby notified that Local Rule 83.9 shall govern the mediation and are directed to participate in the mediation in good faith.  **The mediation should take place prior to the Initial Pretrial Conference, which is currently scheduled (by separate Order to be entered today) for October 16, 2018.**  The mediation will have no effect upon any scheduling Order issued by this Court without leave of this Court.

      SO ORDERED.

Dated: July 16, 2018
       New York, New York
                                             JESSE M. FURMAN
                                        United States District Judge